IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:07CR3127 |
| DAVID D. ROBISON, ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing 14. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Detention and Order, filing 15, under seal.

DATED this 1st day of November, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge