IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3127 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID R. ROBISON, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that Defendant Robison's sentencing is rescheduled to Wednesday, April 23, 2008, at 11:30 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 16, 2008.            BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge